11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Larry Bates,
Steve Late, and Stephen Thompson

Appellants

Vs.                   No.
11-03-00395-CV B Appeal
from Midland County

Aero Mod
Services, Inc.

Appellee

 

The
parties have filed in this court an agreed motion to dismiss the appeal. In
their motion, the parties state that they have settled their differences.  The motion is granted.

The
appeal is dismissed.

 

PER CURIAM

 

February 26,
2004

Not designated
for publication.  See TEX.R.APP.P.
47.2(a).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.